JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE BATO, SENEN LUTHER LICARDO, and ALEXANDER BANGIT, on behalf of themselves and all other similarly situated individuals,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware corporation; LABORATORY CORPORATION OF AMERICA, a Delaware corporation; and DOES 2 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO. 09-04671 MMM (Ex)<br><br>JUDGMENT FOR PLAINTIFFS |

　　　　On March 14, 2011, the court issued a final order certifying a settlement class and approving the parties' settlement. In that same order, the court awarded class counsel $275,000 in attorneys' fees and $70,000 in litigation costs, awarded each of the three class representatives a $7,500 incentive award, and awarded $20,000 in administration costs to The Garden City Group, Inc. Accordingly,

　　　　IT IS ORDERED AND ADJUDGED that:

　　　　　　1.　　This action be, and it hereby is, dismissed with prejudice;

　　　　　　(a)　　Class counsel are awarded $275,000 in attorneys' fees and $70,000 in

| | | |
|---|---|---|
|1| |litigation costs;|
|2|(b)|Each of the class representatives is awarded a $7,500 incentive award; and|
|3|(c)|The Garden City Group, Inc. is awarded $20,000 in administration fees.|

DATED: March 14, 2011

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE